IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COREY MORRELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| NELNET, INC., | § | 3:25-CV-1168-G-BK |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. The plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

November 9, 2026.

A. Joe Fish

**A. JOE FISH**
**Senior United States District Judge**